ANNA M. ALFANO, PETITIONER-RESPONDENT, v. HARRY
J. SMITH, RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Harry J. Coleman* for the respondent.

December 9, 1963.   Denied.